UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LILLIE SMITH, | ) | |
| | ) | |
| Appellant, | ) | 1:04-cv-6034 OWW LJO |
| | ) | |
| v. | ) | |
| | ) | |
| - SCRIBNER, | ) | ORDER DISMISSING ACTION |
| | ) | WITHOUT PREJUDICE |
| | ) | |
| Defendant | ) | |

On July 17, 2004, the magistrate judge directed that the plaintiff file an amended complaint and an application to proceed in forma pauperis no later than September 1, 2004.  As of this date no such documents have been filed.

IT IS HEREBY ORDERED that this action is dismissed without prejudice.

Dated: August 2, 2005          /s/ OLIVER W. WANGER
                               _____
                               OLIVER W. WANGER
                               United States District Judge

1